UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARON MIRON,

      Plaintiff,

v.

J. BEARD, et al.,

      Defendants.
_____/

No. C 14-0395 MEJ (PR)

**ORDER OF DISMISSAL**

On January 28, 2014, Plaintiff, proceeding pro se, initiated this action. On March 11, 2014, Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On June 2, 2014, the Clerk sent Plaintiff a notice that Plaintiff's motion for leave to proceed in forma pauperis ("IFP") was deficient because the Certificate of Funds in Prisoner's Account was not completed and signed by an authorized prison official. The Clerk notified Plaintiff that the case would be dismissed if he did not either pay the filing fee or file a completed IFP application within twenty-eight days.

More than twenty-eight days have passed and Plaintiff has not paid the filing fee, filed a completed IFP application, or otherwise communicated with the Court. Thus, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: July 21, 2014

Maria-Elena James
United States Magistrate Judge