UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARON MIRON,<br><br>            Plaintiff,<br><br>    v.<br><br>J. BEARD, et al.,<br><br>            Defendants.<br>_____/ | No. C 14-0395 MEJ (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

Plaintiff, California state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On August 26, 2014, the Court dismissed Plaintiff's complaint with leave to file and amended complaint within twenty-eight days. (Docket No. 15.) Plaintiff has filed a motion for an extension of time up to and including October 26, 2014, in which to file an amended complaint. (Docket No. 17.) Plaintiff's motion is GRANTED. Plaintiff shall file an amended complaint **no later than October 26, 2014**.

The amended complaint must include the caption and civil case number used in this order (C 14-0395 MEJ (PR)) and the words AMENDED COMPLAINT on the first page. The amended complaint must indicate which specific, named defendant(s) was involved in each cause of action, what each defendant did, when it happened, what effect this had on Plaintiff, and what right Plaintiff alleges was violated. If Plaintiff files an amended complaint, he must allege, in good faith, facts – not merely conclusions of law – that demonstrate that he is entitled to relief under the applicable federal statutes. **Failure to file an amended complaint within twenty-eight days and in accordance with this order will result in a finding that further leave to amend would be futile, and this action will be dismissed.**

IT IS SO ORDERED.

DATED: September 22, 2014

_____
Maria-Elena James
United States Magistrate Judge