UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARON MIRON, | No. C 14-0395 MEJ (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| J. BEARD, et al., | |
| Defendants. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 18, 2014

_____
Maria-Elena James
United States Magistrate Judge